No. 54. LEGG *v.* ST. JOHN, TRUSTEE. February 3, 1936. It is ordered by this Court that the opinion of this Court in this case be, and it hereby is, amended as follows:

That the word "recognized" appearing in line 5 from the bottom of page 3 be deleted and that the word "common" be substituted therefor so that the sentence will read as follows: "The term 'insurance' as there used referred only to legal reserve life insurance, the kind of insurance to which a cash surrender value was a common incident."

No. 312. BALTIMORE & OHIO R. CO. ET AL. *v.* UNITED STATES ET AL. February 3, 1936. It is ordered that this case be restored to the docket and assigned for reargument on Monday, March 2 next.

No. 725. LEVELL *v.* SIMPSON, WARDEN. Appeal from the Supreme Court of Kansas. Jurisdictional statement distributed February 1, 1936. Decided February 10, 1936. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Moore* v. *Missouri,* 159 U. S. 673; *McDonald* v. *Massachusetts,* 180 U. S. 311; *Graham* v. *West Virginia,* 224 U. S. 616. *Mr. Harold E. Neibling* for appellant. No appearance for appellee.